UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-56-FTM-34SPC |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF JOINER OF DEFENDANT |
| | ) | WARREN BARRY'S MOTION TO |
| SHERI REDEKER BARRY | ) | DISMISS |
| WARREN THOMAS BARRY, | ) | |
| Defendants. | ) | |

COME NOW Defendant Sheri Redeker Barry, by and through her counsel Alan S. Richey, and gives notice that she joins Defendant Warren Thomas Barry's Motion to Dismiss (Doc. 156).

Respectfully submitted this 26th day of March, 2009.

   /s/Alan S. Richey_____
Alan Stuart Richey
Attorney at Law
P.O. Box 1505
Port Hadlock, Washington 98339
Counsel for Sheri Redeker Barry
Phone: (360) 437-4005
Email: asratty@gmail.com

CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that I did electronically file the foregoing motion using the court's CM/ECF system, which will send notice of the filing to the attorney of record for the plaintiff, Douglas Molloy, and to any other counsel of record, and that a copy was served on Defendant Warren Barry.

Dated this 26th day of March, 2009.


/s/Alan S. Richey
Alan S. Richey